**Order entered August 1, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00649-CV

## IN THE INTEREST OF A.B., A MINOR CHILD

### On Appeal from the 304th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. JC 17-00525 -W

## ORDER

Before the Court is appellant's July 30, 2018 motion to extend time for filing brief. We

**GRANT** the motion to the extent we **ORDER** the brief be filed no later than August 13, 2018.

As this is an accelerated appeal from a parental termination case, further extension requests will

be disfavored.


/s/  DAVID EVANS
   JUSTICE